FILED
2017 Jul-25 PM 12:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| REHAN MOBEEN | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) CASE NO. 2:17-cv-00833-TMP |
| | ) |
| LIFE INSURANCE COMPANY | ) |
| OF NORTH AMERICA, et al. | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff, by and through undersigned counsel, and pursuant to the Order to Show Cause (Doc 7) entered by this Court, informs the Court that a settlement has been entered into between the parties in this matter. Accordingly, this matter may be dismissed with prejudice.

Respectfully Submitted,

 /s/ Peter H. Burke
Peter H. Burke (ASB-1992-K74P)

**OF COUNSEL**:
Amanda Stansberry Johns, Esq.
**BURKE HARVEY, LLC**
3535 Grandview Parkway
Suite 100
Birmingham, Alabama 35243
Phone: 205-930-9091
Fax:   205-930-9054
pburke@burkeharvey.com